UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAROLINE MAY, AKA CAROLINE HALL, | ) |
| and | ) |
| BENJAMIN MATTHEW-BLAKE HALL, FKA BENTLEY BLAKE ALEXANDER HALL, | ) 1:22-CV-00986-CMH-JFA |
| Plaintiffs, | ) |
| v. | ) |
| M.R. ASSOCIATES, L.P., *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the Plaintiffs, CAROLINE MAY aka CAROLINE HALL BENJAMIN MATTHEW-BLAKE HALL fka BENTLEY BLAKE ALEXANDER HALL, through counsel, stipulates and requests the Court to dismiss, with prejudice, their Complaint against Defendants M.R. Associates, L.P. t/a Marsh Run Mobile Home Community t/a Marsh Run MHC and Stacy West.

Date: July ___, 2023.

_____
U.S. District Court Judge

1

WE ASK FOR THIS:


/s/Thomas R. Breeden
Thomas R. Breeden, Esquire, VSB # 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
email trb@Tbreedenlaw.com
Counsel for Plaintiffs


/s/Brian L. Bromberg
Brian L. Bromberg, Esquire
Bromberg Law Office, P.C.
352 Rutland Road, #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com
Counsel for Plaintiffs (Pro Hac Vice)


SEEN & AGREED:


/s/Ryan J. Starks
John G. "Chip" Dicks (VSB No. 16883)
Ryan J. Starks, Esq. (VSB No. 93068)
GENTRY LOCKE
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
Telephone: (804) 956-2062
Facsimile: (540) 983-9400 Email: starks@gentrylocke.com
Email: chipdicks@gentrylocke.com
*Counsel for Defendants*